UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BABACAR TABANE
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK,
JOHN DOE 1,
JOHN DOE 2,

INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES.

_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2015 OCT -1 AM 9:19

AMENDED
COMPLAINT
15-CV-06058-(RJS)

Jury Trial: ☒ Yes ☐ No
(check one)

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  BABACAR TABANE
Street Address  414 WEST 44, Apt. 2F
County, City  NEW YORK
State & Zip Code  New York 10033
Telephone Number  646-874-1479

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  THE CITY OF NEW YORK
Street Address  100 CHURCH Street, New York 10007

Rev. 05/2010

|                  |                                                           |
|------------------|-----------------------------------------------------------|
|                  | County, City _____       |
|                  | State & Zip Code _____       |
|                  | Telephone Number _____      |
| Defendant No. 2  | Name *JOHN DOE 1 - CAUCASIAN MALE NYPD OFFICER*           |
|                  | Street Address _____       |
|                  | County, City _____       |
|                  | State & Zip Code _____       |
|                  | Telephone Number _____      |
| Defendant No. 3  | Name *JOHN DOE 2 - CAUCASIAN MALE NYPD OFFICER*           |
|                  | Street Address _____       |
|                  | County, City _____       |
|                  | State & Zip Code _____       |
|                  | Telephone Number _____      |
| Defendant No. 4  | Name _____      |
|                  | Street Address _____       |
|                  | County, City _____       |
|                  | State & Zip Code _____       |
|                  | Telephone Number _____      |

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *VIOLATION OF 42 U.S.C. §1983, 1988, AND THE FIRST, FOURTH, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE US CONSTITUTION*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 241 WEST 42 STREET, NEW YORK, NY

B. What date and approximate time did the events giving rise to your claim(s) occur? August 3, 2012, approximately at 7 p.m.

C. Facts: PLAINTIFF, AFRICAN-AMERICAN MALE, WAS LAWFULLY PRESENT AT 241 W. 42 STR. AS A PHOTOGRAPHER FOR HIRE. DEFENDANTS JOHN DOES APPROACHED, AND UNEXPECTEDLY JOHN DOE 1 VISIOUSLY THREW PLAINTIFF ON THE GROUND AND HANDCUFFED HIM. BECAUSE OF SEVERE PAIN IN THE SHOULDER, ANKLE, AND WRISTS, PLAINTIFF REQUESTED MEDICAL ATTENTION, BUT BOTH DEFENDANTS IGNORED PLAINTIFF'S COMPLAINTS FOR PAIN, AND DID NOT CALL MEDICAL EMERGENCY SEVICE. PLAINTIFF WAS RELEASED FROM THE POLICE CUSTODY AFTER FEMALE NYPD SERGEANT ARRIVED AND ORDERED TO FREE PLAINTIFF. AFTER THAT PLAINTIFF WAS ADMITTED AT NYU MEDICAL CENTER FOR THE TREATMENT OF THE SHOULDER, ANKLE, AND WRISTS.

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

AS A RESULT OF THE FOREGOING, PLAINTIFF SUSTAINED PHYSICAL INJURIES, INCLUDING SPRAIN OF THE SHOULDER AND ANKLE, WRISTS BRUISES AND NUMBNESS, EMOTIONAL DISTRESS, EMBARRASMENT, AND HUMILIATION, DAMAGE OF REPUTATION, AND DEPRIVATION OF HIS CONSTITUTIONAL RIGHTS.

3

## FIRST CLAIM FOR RELIEF
## DEPRIVATION OF FEDERAL CIVIL RIGHTS UNDER 42 U.S.C. §1983

1. ALL OF THE AFOREMENTIONED ACTS OF DEFENDANTS WERE CARRIED OUT UNDER THE COLOR OF STATE LAW.

2. PLAINTIFF WAS DEPRIVED OF THE RIGHTS, PRIVILEGES, AND IMMUNITIES GUARANTED TO CITIZEN OF THE US by THE 1ST, 4th, 5th, 8th and 14th AMENDMENTS, AND IN VIOLATION OF 42 U.S.C. §1983.

3. THE ACTS COMPLAINED OF WERE CARRIED OUT by defendants IN THEIR CAPACITIES AS POLICE OFFICERS, WITH ALL AUTHORITY ATTENDANT THERETO.

4. THE ACTS COMPLAINED OF WERE CARRIED OUT by defendants, PERSUANT TO THE CUSTOMS, USAGES, PRACTICES, PROCEDURES, AND THE RULES OF THE CITY OF New YORK, AND NYPD, all UNDER THE SUPERVISION OF RANKING OFFICERS.

5. DEFENDANTS, WHILE ACTING UNDER COLOR OF STATE LAW, ENGAGED IN CONDUCT THAT CONSTITUTED CUSTOM, USAGE, PRACTICE, PROCEDURE OR RULE OF RESPECTIVE AUTHORITY, WHICH IS FORBIDDEN by THE CONSTITUTION OF THE USA.

## SECOND CLAIM FOR RELIEF
## FALSE ARREST UNDER 42 U.S.C. §1983

6. PLAINTIFF REITERATES every ALLEGATIONS ABOVE.

4

7. As a result of the aforesaid conduct by defendants, plaintiff was subjected to an illegal, improper and false arrest by the defendants and taken into custody and caused to be falsely imprisoned, detained without any probable cause, privilege or consent.

8. As a result of the foregoing, plaintiff's liberty was restricted for an extended period of time, he was put in fear for his safaty, and he was humiliated, without probable cause.

### THIRD CLAIM FOR RELIEF.
### EXCESSIVE FORCE UNDER U.S.C. 42§1983

9. Plaintiff repeats every allegation above.

10. The level of force employed by defendants was objectively unreasonable and in violation of plaintiff's constitutional rights.

11. As a result of the aforementioned conduct of defendants, plaintiff was subjected to excessive force and sustained physical injuries.

### FOURTH CLAIM FOR RELIEF
### FAILURE TO INTERVENE

5

12. PLAINTIFF REPEATS EACH ALLEGATION ABOVE.

13. EACH AND EVERY INDIVIDUAL DEFENDANT HAD AN AFFIRMATIVE DUTY TO INTERVENE ON PLAINTIFF BEHALF TO PREVENT THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS.

14. THE DEFENDANT JOHN DOE 2 FAILED TO INTERVENE ON PLAINTIFF BEHALF TO PREVENT THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS DESPITE HAVING HAD A REALISTIC OPPORTUNITY TO DO SO.

15. AS A RESULT OF THE AFOREMENTIONED CONDUCT OF THE INDIVIDUAL DEFENDANT, PLAINTIFF'S CONSTITUTIONAL RIGHTS WERE VIOLATED AND HE WAS ARRESTED AND SUBJECTED TO EXCESSIVE FORCE AND SUSTAINED PHYSICAL INJURIES.

## FIFTH CLAIM FOR RELIEF
## MALICIOUS ABUSE OF PROCESS UNDER 42 U.S.C. §1983

16. PLAINTIFF REPEATS EACH ALLEGATION ABOVE.

17. DEFENDANTS ISSUED LEGAL PROCESS TO PLACE PLAINTIFF UNDER ARREST.

18. DEFENDANTS ARRESTED PLAINTIFF IN ORDER TO OBTAIN A COLLATERAL OBJECTIVE OUTSIDE THE LEGITIMATE ENDS OF THE LEGAL PROCESS.

19. DEFENDANTS ACTED TO HARM PLAINTIFF WITHOUT EXCUSE.

## SIXTH CLAIM FOR RELIEF. MUNICIPAL LIABILITY.

20. As a result of the customs, policies and rules of the City of New York and NYPD, plaintiff was unlawfully arrested and subjected to excessive force.

21. All of the foregoing acts by defendants deprived plaintiff of federally protected rights.

## PENDANT STATE CLAIMS:

22. FALSE ARREST.
23. FALSE IMPRISONMENT.
24. ASSAULT.
25. BATTERY.
26. MALICIOUS ABUSE OF PROCESS
27. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.
28. NEGLIGENT HIRING AND RETENTION.
29. NEGLIGENT TRAINING AND SUPERVISION.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. AS a RESULT OF THE FOREGOING, PLAITIFF IS ENTITLED to COMPENSATORY AND PUNITIFF DAMAGES AGAINST deFENDANTS to be determined AT THE JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of SEPTEMBER, 20 15.

Signature of Plaintiff

Mailing Address: 414 WEST 44, APT. 2F. NEW YORK, NY 10033

Telephone Number: 646-874-1479

Fax Number (if you have one)

8.



EXPRESS MAIL
UNITED STATES POSTAL SERVICE
EMS

EXTREMELY URGENT — Please Rush To Addressee

Flat Rate Mailing Envelope
For Domestic and International Use
usps.com

FROM: BABACAR TABANE, Pro Se
414 W 49 Str. 2F
N.Y, 10033

TO: Pro Se Clerk's Office
Please File Amended complaint.
500 Pearl Street,
Room 200
New York, 10007

RECEIVED
SDNY PRO SE OFFICE
2015 OCT -1  AM 9:16